# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Donna S. | U. S. District Court, Eastern District of Louisiana | 10/09/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

500 Poydras St., Room C322
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (resigned March 30, 2012) | Phelps Dunbar, LLP |
| 2. | Director (resigned March 30, 2012) | New Orleans Association for Women Attorneys |
| 3. | Board of Trustees (resigned March 30, 2012) | Louisiana State University Paul M. Hebert Law Center |
| 4. | Fellow and State Co-Chair (resigned March 30, 2012) | American Bar Foundation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Wiener Weiss and Madison PC SIMPLE IRA Retirement Plan with former employer |
| 2. | 2006 | Phelps Dunbar, LLP 401K Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 10/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Phelps Dunbar, LLP - salary | $62,096.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | McGlinchey Stafford - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 10/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Neighbors Federal Credit Union (see part VIII) | A | Interest | L | T | | | | | |
| 2. Iberia Bank checking accounts | A | Interest | L | T | | | | | |
| 3. Fidelity Contrafund | A | Dividend | | | Sold | 05/17/12 | M | | |
| 4. Franklin Small-Mid Cap Growth A | A | Dividend | | | Sold | 05/17/12 | J | | |
| 5. Eaton Vance Large-Cap Value A | A | Dividend | | | Sold | 5/18/12 | L | | |
| 6. Franklin Growth Fund A | A | Dividend | | | Sold | 5/17/12 | L | | |
| 7. Franklin Growth A | A | Dividend | | | Sold | 5/17/12 | L | | |
| 8. American Funds EuroPacific Gr R6 | A | Dividend | | | Sold | 5/17/12 | K | | |
| 9. T. Rowe Price Equity Income | A | Dividend | | | Sold | 5/17/12 | K | | |
| 10. Franklin Equity Income A | B | Dividend | | | Sold | 05/17/12 | L | | |
| 11. Artisan Mid Cap Inv | A | Dividend | | | Sold | 5/18/12 | K | | |
| 12. Schwab Small Cap Index | A | Dividend | | | Sold | 5/18/12 | K | | |
| 13. Janus Overseas T | A | Dividend | | | Sold | 5/18/12 | K | | |
| 14. Harbor International Inv | A | Dividend | | | Sold | 5/18/12 | K | | |
| 15. BlackRock Global Allocation Inst | A | Dividend | | | Sold | 5/17/12 | K | | |
| 16. JHancock3 Small Company J | A | Dividend | | | Sold | 5/17/12 | K | | |
| 17. Invesco Mid Cap Core Equity | A | Dividend | | | Sold | 5/17/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds New Perspective A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 19. Wells Fargo Advantage Spec SmCp Val A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 20. Templeton Foreign A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 21. Mutual Quest A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 22. Franklin Balance Sheet Investment A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 23. American Funds Washington Mutual C | A | Dividend | | | Sold | 5/17/12 | J | | |
| 24. American Funds Invmt Co of Amer A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 25. Franklin Balance Sheet Investment A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 26. Templeton Foreign A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 27. Templeton Growth A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 28. Franklin Flex Cap Growth A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 29. Mutual Quest A | B | Dividend | | | Sold | 5/17/12 | J | | |
| 30. Franklin Small-Mid Cap Growth A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 31. Wells Fargo Advantage Spec SmCp Val A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 32. Templeton Growth A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 33. Fidelity Advisor New Insights C | A | Dividend | | | Sold | 5/17/12 | J | | |
| 34. Oppenheimer Developing Markets Y | A | Dividend | | | Sold | 5/17/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 10/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Flex Cap Growth A | A | Dividend | | | Sold | 5/17/12 | J | | |
| 36. Raymond James Sweep Account | A | Interest | K | T | Buy | 5/17/12 | K | | |
| 37. Raymond James Sweep Account | A | Interest | K | T | Buy | 05/17/12 | K | | |
| 38. Schwab Value Advantage Money | A | Interest | N | T | Buy | 5/17/12 | N | | |
| 39. Fidelity Retirement Mmkt | A | Interest | N | T | Buy | 5/17/12 | N | | |
| 40. Franklin Money Fund | A | Interest | M | T | Buy | 5/17/12 | M | | |
| 41. Franklin Money Fund | A | Interest | M | T | Buy | 5/17/12 | M | | |
| 42. Midland Life Universal Life Policies | A | Interest | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 10/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 1 - Neighbors Federal Credit Union formerly known as Keypoint Federal Credit Union Account

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna S. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544